RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 6/15/09
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CLARENCE SWEENEY<br>    LA. DOC # 113028<br>VS.<br><br>LOUISIANA DEPT. OF CORRECTIONS | CIVIL ACTION NO. 09-0324<br><br>SECTION P<br><br>JUDGE DRELL<br><br>JUDGE KIRK |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE** for failure to state a claim for which relief may be granted.

**THUS DONE AND SIGNED,** in chambers, in Alexandria, Louisiana, on this 12th day of June, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE